IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOUGLAS MOHR                                                    PLAINTIFF

V.                                    2:21-cv-2163

BUTTERBALL, LLC                                                 DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal (document #19) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that this case be dismissed with prejudice.

AT THE DIRECTION OF THE COURT
JAMIE GIANI, CLERK

By: /s/ Laura L. Wolfe
    Deputy Clerk